IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

24 MAR -4 PM 3: 06

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| TERIQUE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-094 |
| | ) | |
| ANDREW MCFARLANE; VERONICA STEWART; RICKY WILCOX; TONJA KEITH; DARRELL WOOTEN; DENISHA FOSTER; WILLIAM SIKES; JIMMY KELLUM; ANTOINETTE JOHNSON; OFFICER LEWIS; OFFICER BRANCH; OFFICER GARRETTE; OFFICER GALLAGHER; OFFICER CHABENNAU; OFFICER CRAY; OFFICER JONES; OFFICER CHAMBERS; OFFICER BROWN OFFICER SMITH; OFFICER PAULK; OFFICER WOODARD; OFFICER MOORE; OFFICER WALLACE; CERT TEAM OFFICER CLARK; CERT TEAM OFFICER WILCOX; OFFICER GRIFFIN; COUNSELOR CHANEY; COUNSELOR HILL; COUNSELOR BEST; COUNSELOR MILLER; COUNSELOR HOWELL; COUNSELOR WATELY; NURSE RAY-BORNE OMAGAVER; NURSE UPTON GROVE; NURSE MEYER; DOCTOR CHENEY; NURSE MORGAN; OFFICER HAMILTON; OFFICER HARDENER; OFFICER GIDEON; TELFAIR STATE PRISON; and TYRONE OLIVER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 4th day of March, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE