AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TERIQUE HALL,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV323-94

**V.**

ANDREW MCFARLANE et al.,

Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 4, 2024, the Magistrate Judge's Report and

Recommendation is adopted as the Court's opinion; therefore, this case is dismissed without

prejudice and this case stands closed.

3/4/2024

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020